**SHERMAN & ASSOCIATES, INC. and Arthur Sherman, Plaintiffs–Appellants,**

v.

**OXFORD INSTRUMENTS, PLC and Oxford Instruments America, Inc., Defendants–Appellees,**

and

**ASM International, N.V. and ASM America, Inc., Defendants–Appellees.**

No. 2012–1218.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2012.

Robert J. Yorio, Carr & Ferrell LLP, of Menlo Park, CA, argued for plaintiffs-appellants.

Henry C. Bunsow, Bunsow, De Mory, Smith & Allison LLP, of San Francisco, CA, argued for defendants-appellees, ASM International, N.V., et al. With him on the brief were Brian A.E. Smith and Robin K. Curtis.

Joseph J. Mueller, Wilmer Cutler Pickering Hale & Dorr LLP, of Boston, MA, for defendants-appellees Oxford Instruments, PLC, et al.

NEWMAN, LOURIE, and SCHALL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.